## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2272 |
| This applies to: | |
| Timothy L. Fritz<br>                              Plaintiff,<br>           vs. | Case No.: 13-cv-5055 |
| Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc.,<br><br>                              Defendants. | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41 (a)(1)(A)(ii)of the Federal Rules of Civil Procedure. Each party will bear its own costs and fees.

Dated: December 22, 2014

**POGUST BRASLOW & MILLROOD, LLC**       **FAEGRE BAKER DANIELS**

/s/ Tobias L. Millrood                                   /s/ Andrea Roberts Pierson
Tobias L. Millrood, Esq. (ID #77764)          Andrea P. Pierson, Esq.
Kevin M. O'Brien, Esq. (ID #310523)          300 N. Meridian Street, Suite 2700
Eight Tower Bridge, Suite 1520                  Indianapolis, Indiana 46204
161 Washington Street                                T: +1 317 237 0300
Conshohocken, PA 19428                          F: +1 317 237 1000
Phone: (610) 941-4204                              Phone: (612) 766-8420
Fax: (610) 941-4245                                  Fax:(612) 766-1600
Email: tmillrood@pbmattorneys.com          Email: andrea.pierson@Faegrebd.com
Email: kobrien@pbmattorneys.com

*Attorneys for Plaintiff*                               *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of December 2014, a true and correct copy of the foregoing document, *Joint Stipulation of Dismissal*, was filed electronically with the Clerk of the Court using CM/ECF. Notice of this filing will be served on all parties of record by operation of the ECF system.

/s/ Tobias L. Millrood
Tobias L. Millrood, Esq. (ID #77764)
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
Email: tmillrood@pbmattorneys.com