# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Timothy L. Fritz, | ) |
|        Plaintiff, | ) |
| v. | ) No. 13 C 5055 |
| Zimmer, Inc., et al, | ) Judge Rebecca R. Pallmeyer |
|        Defendant. | ) |

## ORDER

Pursuant to Rule 41 (a)(1)(A), the above cause is dismissed with prejudice. Each party will bear its own costs and fees.

ENTER:

Dated: December 23, 2014

_____
REBECCA R. PALLMEYER
United States District Judge